# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | : CRIMINAL NO. 15-138-BAJ-RLB |
| | : |
| WALTER GLENN, | : |
| LARRY WALKER, and THOMAS JAMES | : |

## ORDER

The United States of America's Motion to Enroll Additional Counsel considered, and for good cause shown,

IT IS ORDERED that Cam T. Le, Assistant United States Attorney, is hereby enrolled as additional counsel with Jessica M.P. Thornhill, Assistant United States Attorney, for the United States of America.

Baton Rouge, Louisiana this 18th day of July, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT