UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | CRIMINAL NO. 15-138-BAJ-RLB |
| *versus*  : | |
| : | |
| LARRY WALKER  : | |

UNITED STATES OF AMERICA'S NOTICE OF APPEAL AND
U.S. ATTORNEY'S CERTIFICATION PURSUANT TO 18 U.S.C. § 3731

**NOTICE IS HEREBY GIVEN** that the United States hereby appeals to the United States Fifth Circuit Court of Appeals from an order granting the defendant's motion to suppress entered on September 2, 2016.

Further, the United States Attorney hereby certifies, pursuant to 18 U.S.C. § 3731, that the appeal by the United States in this case is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

/s/ J. Walter Green
J. Walter Green, LBN: 27812

/s/ Jessica M.P. Thornhill
Jessica M.P. Thornhill, LBN: 34118
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: jessica.thornhill@usdoj.gov

1

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 15-138-BAJ-RLB |
| *versus* | : | |
| | : | |
| LARRY WALKER | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *United States of America's Notice of Appeal and U.S. Attorney's Certification Pursuant to 18 U.S.C. § 3731* was filed electronically with the Clerk of Court using the CM/ECF. Notice of this filing will be sent to defendant's counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 29th day of September, 2016.

/s/ Jessica M.P. Thornhill
JESSICA M.P. THORNHILL
ASSISTANT U.S. ATTORNEY